# EXHIBIT A



# Commonwealth of Massachusetts

**CITY OF LAWRENCE**                  **COUNTY OF ESSEX**

I hereby certify that the following is a true and compared copy of a Record of Birth as Recorded in the original Records of Births of the City of Lawrence, Massachusetts, which are in the custody of the City Clerk of said city. This birth is duly recorded in the Official Birth Records of said city in Book......35...... Page............

No.......--....... Sex......Male......

Name.......ROBERTO CARLOS DOMINGUEZ...............

Date of Birth......November 9, 1979...............

Place of Birth......Lawrence General Hospital, Lawrence, Mass.......

Name of Father......----------...............

Birthplace of Father......----------...............

Maiden Name of Mother......Patria Miledis Dominguez...............

Birthplace of Mother......Luperon, Dominican Republic...............

Occupation of Father......----------...............

Residence of Parents......70 Cross St., Lawrence, Mass.......

Date of Record......December 7, 1979...............

I, ......Joseph R. Smith......, City Clerk of said City of Lawrence, Massachusetts, hereby depose and say that the original Records of Births of said city are in my custody and that the above is a true and attested copy from said Records.

**WITNESS** my hand and seal of the said City of Lawrence, Massachusetts this......7th......day of......December...... in the year Nineteen Hundred and......Seventy Nine...... A. D.

*Joseph R. Smith*
CITY CLERK

rh

(SEE REVERSE SIDE FOR EXTRACT OF GENERAL LAWS REGARDING AUTHENTICATED COPIES)

**ANY ALTERATION MADE ON THIS DOCUMENT RENDERS IT VOID**

EXCERPTS FROM GENERAL LAWS
OF MASSACHUSETTS

CHAPTER 46, SECTION 14—PENALTY FOR FALSE RETURN—Whoever wilfully makes a false return relative to a birth, marriage or death shall forfeit not more than fifty dollars.

CHAPTER 46, SECTION 19—CLERK'S RECORD TO BE PRIMA FACIE EVIDENCE—The record of the Town Clerk relative to a birth, marriage or death shall be prima facie evidence of the facts recorded. A certificate thereof, signed by the Town Clerk or Assistant Clerk, shall be admissable as evidence of such record.

