## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Roberto Carlos Dominguez | |
| Plaintiff | CIVIL ACTION |
| V. | |
| United States of America et al | NO. <u>12cv40120-WGY</u> |
| Defendant | |

## **<u>ORDER OF DISMISSAL</u>**

<u>YOUNG</u>,

In accordance with the Court's ORDER on September 4, 2013, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

| | By the Court, |
|---|---|
| September 9, 2013 | /s/Matthew A. Paine |
| Date | Deputy Clerk |